# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:24cr20171-01 |
| ) | |
| MONIQUE JOHNSON ) | |
| ) | |
| Defendant. ) | |

## ORDER ALLOWING REMOVAL OF GPS LOCATION MONITORING DEVICE PRIOR TO SURRENDER TO THE BUREAU OF PRISONS

The Defendant is hereby ORDERED to voluntarily surrender to the Bureau of Prisons, specifically to surrender and report to FCI Aliceville (Aliceville, AL) on April 29, 2025, by 2:00 p.m.

It is further ORDERED that the defendant report to the U.S. Probation Office in Memphis, Tennessee, on Monday, April 28, 2025, before 5:00 p.m. to have the GPS location monitoring equipment removed.

**ENTERED** this the 28th day of April, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE